# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Eric Scott Knutson,                                    Civil No. 15-2807 (DSD/BRT)

        Petitioner,

v.                                                     **ORDER**

Scott McNurlin,

        Respondent.

---

The above matter comes before the court upon the report and recommendation of United States Magistrate Judge Becky R. Thorson dated July 13, 2015 (R&R).  No objections have been filed to the R&R in the time period permitted.  Based on the R&R and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The motion for equitable tolling of the statute of limitations [ECF No. 1] is denied without prejudice;

2. This action is dismissed;

3. The application to proceed in district court without prepaying fees or costs [ECF No. 7] is denied as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  September 16, 2015.

                                                        s/David S. Doty
                                                        David S. Doty, Judge
                                                        United States District Court