UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 15-2807(DSD/BRT)

Eric Scott Knutson,

        Petitioner,

v.                                             **ORDER**

Scott McNurlin,

        Respondent.

---

This matter is before the court upon the report and recommendation of Magistrate Judge Becky R. Thorson dated November 23, 2015 (R&R). The magistrate judge recommended that the court dismiss the action and deny petitioner Eric Scott Knutson's renewed motion for equitable tolling of the statute of limitations, motion for appointment of counsel, and application to proceed in forma pauperis. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The magistrate judge's R&R [ECF No. 16] is adopted in its entirety;

2. The renewed motion for equitable tolling of the statute of limitations [ECF No. 12] is denied;

3. The motion for appointment of counsel [ECF No. 10] is denied;

    4.    The application to proceed in forma pauperis [ECF No. 14] is denied; and

    5.    The action is dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   December 16, 2015.

s/David S. Doty
David S. Doty, Judge
United States District Court
